Ethan W. Blevins, Utah Bar No. 16784
Pacific Legal Foundation
839 W 3600 S
Bountiful, UT 84010-8423
916.288.1392
eblevins@pacificlegal.org

Sean J. Radomski*, Pa. Bar No. 319732
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
202.888.6881
sradomski@pacificlegal.org

Lawrence A. Kogan*
N.Y. Bar No. 2172955
The Kogan Law Group, P.C.
100 United Nations Plaza, Suite #14F
New York, NY 10017
917.565.1521
lkogan@koganlawgroup.com

Damien M. Schiff*, Cal. Bar No. 235101
Charles T. Yates*, Cal. Bar No. 327704
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
916.419.7111
dschiff@pacificlegal.org
cyates@pacificlegal.org

**Pro hac vice*

*Attorneys for Petitioner and Plaintiff Willard Land, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **WILLARD LAND, LLC,**<br>**Petitioner and Plaintiff,**<br>**v.**<br>**UNITED STATES ARMY CORPS OF ENGINEERS,**<br>**Respondent and Defendant.** | **DECLARATION OF SERVICE VIA CERTIFIED MAIL**<br><br>**Case No.** 1:26-cv-00130-HCN-DAO<br><br>**Judge:** Hon. Howard C. Nielson, Jr.<br>**Magistrate:** Hon. Daphne A. Oberg |

I, Tawnda Dyer, declare as follows:

I am employed at Pacific Legal Foundation, with which are associated the counsel of record for Plaintiffs in this matter, at whose direction the below-described service was made. I am 18 years of age or older and not a party to this matter.

On August 14, 2026, I placed true copies of the (1) Summons in a Civil Action; (2) Petition for Review and Complaint for Declaratory and Injunctive Relief; (3) Civil Cover Sheet; (4) Motion for Pro Hac Vice Admission of Charles T. Yates; (5) Motion for Pro Hac Vice Admission of Damien M. Schiff; (6) Motion for Pro Hac Vice Admission of Sean J. Radomski; (7) Motion for Pro Hac Vice Admission of Lawrence A. Kogan; (8) Docket text assigning Judge Howard C. Nielson, Jr.; and (9) Standing Order for All Civil Cases, in envelopes addressed as follows:

| | |
|---|---|
| United States Army Corps of Engineers<br>441 G Street N.W.<br>Washington, DC 20314-1000 | 7022 0410 0000 7497 6397 |
| Melissa Holyoak<br>U.S. Attorney's Office<br>111 South Main Street, Suite 1800<br>Salt Lake City, Utah 84111-2176<br>Attn: Civil Process Clerk | 7022 0410 0000 7497 6410 |
| Todd Blanche<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 | 7022 0410 0000 7497 6427 |

which were mailed via certified mail with return receipt at a United States Post Office in Roseville, California.

I have attached true and correct copies of the United States Postal Service return receipts and email notices sent to me which indicate that the above-described papers have been delivered to the addressees.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 8th day of September, 2026, at Roseville, California.

Tawnda Dyer

TAWNDA DYER

# Attachment 1

## United States Postal Service Return Receipts

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Army Corps of Engineers
441 G St. NW
Washington DC 20314-1000

9590 9402 8497 3186 7450 99

2. Article Number *(Transfer from service label)*

7022 0410 0000 7497 6397

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Erica Zilioli

C. Date of Delivery 8/31/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attn: Civil Process Clerk
Melissa Holyoak
US Attorney
111 S. Main St., Suite 1800
Salt Lake City, UT 84111-2176

9590 9402 7549 2098 7504 31

2. Article Number *(Transfer from service label)*

7022 0410 0000 7497 6410

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* K Veenstra

C. Date of Delivery 8-17-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

INSPECTED 25

1. Article Addressed to:

Todd Blanche
US Attorney General
US Dept. of Justice
950 Pennsylvania Ave. NW
Washington. DC 20530-0001

9590 9402 8497 3186 7451 05

2. Article Number *(Transfer from service label)*

7022 0410 0000 7497 6427

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Evie Sassah ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* AUG 21 2026

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

# Attachment 2

## United States Postal Service Email Notices of Receipt

Outlook

**USPS® Item Delivered, Left with Individual 70220410000074976397**

**From** USPS Tracking <auto-reply@tracking.usps.com>
**Date** Wed 9/2/2026 3:55 PM
**To** Tawnda Dyer <TDyer@pacificlegal.org>

USPS Logo

Hello **Tawnda**,

Your item was delivered to an individual at the address at 12:40 pm on August 20, 2026 in PURCELLVILLE, VA 20134.

Tracking Number: **70220410000074976397**

## Delivered, Left with Individual

<Latest Displayable Event Description>

Tracking & Delivery Options

**My Account**

Get tracking updates in a daily email. Our Informed Delivery<sup>®</sup> feature sends you a daily email with mail and packages arriving soon. Tracking numbers are automatically included so you don't have to manually track your deliveries. Sign up for free.

Outlook

**USPS® Item Delivered, Front Desk/Reception/Mail Room 70220410000074976410**

**From** USPS Tracking <auto-reply@tracking.usps.com>
**Date** Wed 9/2/2026 3:56 PM
**To** Tawnda Dyer <TDyer@pacificlegal.org>

USPS Logo

Hello **Tawnda**,

Your item was delivered to the front desk, reception area, or mail room at 11:30 am on August 17, 2026 in SALT LAKE CITY, UT 84111.

Tracking Number: **70220410000074976410**

**Delivered, Front Desk/Reception/Mail Room**

<Latest Displayable Event Description>

Tracking & Delivery Options

**My Account**

Get tracking updates in a daily email. Our Informed Delivery<sup>®</sup> feature sends you a daily email with mail and packages arriving soon. Tracking numbers are automatically included so you don't have to manually track your deliveries. Sign up for free.

Outlook

**USPS® Item Delivered, Individual Picked Up at Post Office 70220410000074976427**

**From** USPS Tracking <auto-reply@tracking.usps.com>
**Date** Wed 9/2/2026 3:55 PM
**To** Tawnda Dyer <TDyer@pacificlegal.org>

USPS Logo

Hello **Tawnda**,

Your item was picked up at the post office at 4:37 am on August 21, 2026 in WASHINGTON, DC 20530.

Tracking Number: **70220410000074976427**

**Delivered, Individual Picked Up at Post Office**

<Latest Displayable Event Description>

Tracking & Delivery Options

**My Account**

Get tracking updates in a daily email. Our Informed Delivery<sup>®</sup> feature sends you a daily email with mail and packages arriving soon. Tracking numbers are automatically included so you don't have to manually track your deliveries. Sign up for free.